NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDDIE SEAGO, DOC #523614,                )
                                         )
            Appellant,                   )
                                         )
v.                                       )
                                         )   Case No. 2D18-2082
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____  )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Frank Quesada, Judge.

Eddie Seago, pro se.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.